IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES J. SHEILS,                            )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )        Civil Action No. 02-1913
                                            )
PFIZER, INC.,                               )        Chief Judge Ambrose
                                            )        Magistrate Judge Hay
            Defendant.                      )

## ORDER

AND NOW, this 30th day of _____May_____, 2006, after the defendant,

Pfizer, Inc., filed a Motion for Award of Attorney Fees and Expenses in the above-captioned

case, and after a response to said Motion was submitted by the plaintiff, James J. Sheils, and after

a Report and Recommendation was filed by the United States Magistrate Judge granting the

parties ten days after being served with a copy to file written objections thereto, and upon

consideration of the objections filed by plaintiff and the response thereto filed by the defendant,

and upon independent review of the motion and the record, and upon consideration of the

Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

            IT IS HEREBY ORDERED that the defendant's Motion for Award of Attorneys

Fees and Expenses [Docket No. 37] is GRANTED, and fees and expenses are awarded in

defendant Pfizer's favor in the amount of $134,100.38.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

DONETTA W. AMBROSE
United States District Judge

cc: Honorable Amy Reynolds Hay
  United States Magistrate Judge

  David F. Weiner, Esquire
  Carlin & Weiner
  Suite 600, USX Tower
  600 Grant Street
  Pittsburgh, PA 15219

  John L. Vitsas, Esquire
  Reed Smith
  435 Sixth Avenue
  Pittsburgh, PA 15219-1886

  Richard A. Swanson, Esquire
  Del Sole Cavanaugh LLC
  The Waterfront Building
  200 First Street, Suite 200
  Pittsburgh, PA 15222

  Peter J. Engstrom, Esquire
  Baker & McKenzie
  Two Embarcadero Center
  Twenty-Fourth Floor
  San Francisco, CA 94111